United States District Court
Eastern District of North Carolina
Western Division

Case No. _____

(To be filled out by Clerk's Office only)

FILED
NOV 10 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Robert S. Ballard
_____

Inmate Number 0017263

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Core, Officer Thompson, Sgt Nelson, Nurse S. Attiogbe, Warden, DHO Officer CHA Terry Paige, J. Hicks, M. Starowicz, C. Shuman, J. Farmer
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☒ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

### I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

### II. PLAINTIFF INFORMATION

Name: **Robert Ballard**

Prisoner ID #: **0017263**

Place of Detention: **Central Prison Hospital**

Institutional Address: **1300 Western Blvd**

City: **Raleigh**   State: **NC**   Zip Code: **27606**

### III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee   ☒ State   ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __THOMPSON (male)__
Name

__Correctional officer__
Current Job Title

__1300 Western Blvd__
Current Work Address

__Raleigh__  __NC__  __27606__
City  State  Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: __Nelson__
Name

__Sgt__
Current Job Title

__1300 Western Blvd__
Current Work Address

__Raleigh__  __NC__  __27606__
City  State  Zip Code

Capacity in which being sued: ☐ Individual ☒ Official ☐ Both

**Defendant(s) Continued**

Defendant 3: __S. ATTIOGBE__
Name

__NURSE__
Current Job Title

__1300 WESTERN Blvd__
Current Work Address

__Raleigh__     __NC__     __27606__
City           State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 4: __WARDEN of PRISON__
Name

__WARDEN__
Current Job Title

__1300 Western Blvd__
Current Work Address

__Raleigh__     __NC__     __27606__
City           State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 5: DHO OFFICER —
Job Title: Disciplinary Hearing Officer
Address: 1300 WESTERN Blvd
         Raleigh NC 27606
Capacity in which sued: Both

Defendant 6    Terry Paige
Current Job Title: Medical Assistance - CHA
Current Address: 1300 Western Blvd
                 Raleigh NC 2760x

Defendant 7    J. Hicks
Current Job Title: Chairman of Classication Committee
Current Address: 1300 Western Blvd
                 Raleigh NC 27606

Defendant 8    M. Starowicz
Current Job title: Member of Classication Committee
Current Address: 1300 Western Blvd
                 Raleigh NC 27606

Defendant 9    C. Shuman
Current Job Title: Member of Classication Committee
Current Address: 1300 Western Blvd
                 Raleigh NC 27606

Defendant 10   J. Farmer
Current Job Title: Member of Classication Committee
Current Address: 1300 Western Blvd
                 Raleigh NC 27606

# STATEMENT OF FACTS

ON 3-23-21 CNA TERRY PAIGE gave plaintiff his shower, upon returning to his room CNA Paige refused to put on a catather as ordered by Dr. Sen. Paige has long braids and the last time she put on a catather her braids continously fell in to plaintiffs privates area - and she said she was never doing that again -

I hit my call bell requesting that some one come put on a catather. Paige answered the call bell once and said she was not putting my catather on period. I hit my call bell again and got no response at all I then hit the red call bell which rings continously and has to be turned off in the room.

Then Nurse S. ATTIOGBE was in the room next to my room giving medications, I started banging on my door with my wheel chair footrest, The nurse went past my room to the room on the other side I asked her for my pain medication and she said later.

At this time officer Thompson came passing out drinks for the evening meal and he told me if I hit his door again he would send me to urgent care - He opened my door and put a tea in my room I told him why I was beating on the door and that I needed the catather put on otherwise

PAGE TWO:

I would be going on the floor. Thompson said hit my door and your ass will be going to Urgent Care.

At this time, against Dr. Sen's orders CHA Paige was refusing to put on a catather and Nurse S. Attiogbe was refusing to give me my PRN, (due) pain medication because I was beating on the door.

Off. Thompson opened my door a second time and had his pepper spray in his hand and told me to hit the door again and he would spray me. I said close the door and I will —
He then put away his pepper spray and got his baton and said go ahead and swing at me and I will beat you to death — not on your body but on your face where it will hurt. Then he closed the door to my room the second time after I told him I had no intendion of swing the footrest at him — but I would bang on the door until I get what I am supposed to have.

When Thompson closed the door to my room the second time, I said just what I figured all mouth and no action. I was beginning to put my footrest on my wheelchair when the door opened

PAGE 3

and Off. Thompson comes running in my room grabs my wheelchair footrest and throws it out in the hallway. He grabbed me around the neck and threw me against the sink and wall, choking me, knocked off my oxygen line and Nurse Attiogbe comes running in my room telling Off Thompson to let me go, and she began pulling at his fingers - he had dropped his radio and baton on the floor of my room during this - AT NO TIME did I RESIST, in fact when Nurse Attiogbe told him to let me go, I said No, go ahead and finish what you started.

Then Off. Thompson let me go, both of my elbows was bleeding, I went to my bed - Sgt Nelson comes in my room, Off Thompson is standing right outside my door - when I told Sgt Nelson I want pictures of these marks, Thompson comes in my room and tells Sgt Nelson thats a "RASH" AT NO TIME did I threaten Off. Thompson or anyone else - other than to say I would file on Paige and Attiogbe, one for refusing to put on my DR. ordered catather and the other for refusing to give me my PRN pain medication.

On 4-19-21, DHO was set to hear my discipli

p-4

hearing, I was getting ready with CNA Wood assisting me when she seen blood from where I had been sitting, and checking, my privates, and testicles were bleeding, I told the officer on duty what the situation was, that I was bleed and ask the DHO officer if he could come to my room.

The DHO officer conducted a hearing stating that I had refused to come to the hearing. Of course, They took what Thompson to be true as the always take the officer's set of facts. The Nurse was not asked why she ran into my room a couple of minutes after Thompson ran in— She was stand by her pill cart right outside my room next door and seen Thompson throw against the sink and wall

Of course, by my present not being at the hearing it went all one sided, In the paper work when Thompson was asked the second time what happened, he changed it and added more things that happened.

I appealed the guilty decison from DHO to the Commissioner of Corrections— Todd E. Ishee. I have been waiting 41 days today.

I also filed a grievance and where through all 3 steps of the Grievance process.

Rev. 5/2017 Prisoner Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Central Prison Hospital 5 Floor

Date(s) of occurrence: _____

State which of your federal constitutional or federal statutory rights have been violated:

Cruel And Unusual Punishment; Excessive use of Force; Assault And Battery

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

SEE Attached Pages

| Who did what to you? | |
|---|---|

**What happened to you?**

**When did it happen to you?**

**Where did it happen to you?**

| What was your injury? | |

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No
If no, explain why not:

Is the grievance process completed?  ☒ Yes  ☐ No
If no, explain why not:
ALL 3 STEPS.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Assault on Prisoner and
(1) ONE million dollars - voilation of prisoner's rights
(1) ONE million dollars - punitive damages - EAch Defendant
Any other And further Relief this Court may deem just And fair

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☒ Yes   ☐ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Ballard vs Dozier 5-20-CT-3341-M Pending

Ballard vs Dozier Dismissed For Failure To Exhaust Remedies

Ballard vs FNU Hatley - 3-17-CV-00393-FDW - Settled out of court

Can # 1000.00

Several other cases

Rev. 10/2015 Prisoner Complaint

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

10-25-21
Dated

Robert Ballard
Plaintiff's Signature

Robert Ballard
Printed Name

0017203
Prison Identification #

1300 Western Blvd    Raleigh    NC    27606
Prison Address        City       State  Zip Code